UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHELCEE BRADY, | ) |
| Plaintiff(s), | ) Case No. 2:14-cv-02139-JCM-NJK |
| vs. | ) ORDER |
| SOUTHWEST AIRLINES CO., et al., | ) |
| Defendant(s). | ) |

Pending before the Court is the parties' proposed discovery plan. Docket No. 29. The discovery plan indicates that all three defendants believe discovery should be stayed pending a ruling on the motion to dismiss filed by Defendant Davis Aircraft Products. *See id.* at 4. Defendant Davis Aircraft Products also has a pending motion to stay. Docket No. 22. The other defendants have not joined in that motion to dismiss and have not joined in the motion to stay discovery. This is significant given that the case law in this District has long been clear that when discovery is stayed pending resolution of a dispositive motion it is generally stayed only as to those defendants who brought or joined that motion. *See, e.g., White v. American Tobacco Co.*, 125 F.R.D. 508, 509 (D. Nev. 1989) (denying motion to stay discovery against one defendant where motion to dismiss was filed by another defendant and no joinder was filed).

In light of the above, the pending discovery plan is hereby DENIED without prejudice. No later than June 17, 2015, Defendants Southwest Airlines and B/E Aerospace shall file a joinder to the pending motion to stay fully explaining why the Court should grant a stay of discovery as to Plaintiff's claims

against them.  In the event both Defendants Southwest Airlines and B/E Aerospace file such a joinder, the deadline for filing the discovery plan will be deemed automatically vacated until the Court resolves the motion to stay.  Otherwise, no later than June 19, 2015, the parties shall resubmit a proposed discovery plan.[1]

IT IS SO ORDERED.

DATED: June 12, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge

---

[1] In the event the discovery plan is refiled, the parties are instructed to comply with Local Rule 6-2(a) (the signature block for court approval "shall not be on a separate page").

2