**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CHELCEE BRADY, | ) |
|                  Plaintiff(s), | ) Case No. 2:14-cv-02139-JCM-NJK |
| vs. | ) ORDER DENYING MOTION TO |
| | ) STAY DISCOVERY |
| SOUTHWEST AIRLINES CO., et al., | ) |
|                  Defendant(s). | ) (Docket No. 22) |

Pending before the Court is a motion to stay discovery filed by Defendant Davis Aircraft Products. Docket No. 22. Defendants Southwest Airlines and B/E Aerospace filed joinders. Docket Nos. 31, 33. Plaintiff filed a response in opposition. Docket No. 35. Defendant Davis Aircraft Products filed a reply. Docket No. 38. Shortly thereafter, United States District Judge James C. Mahan granted the motion to dismiss filed by Defendant Davis Aircraft Products. Docket No. 39. Accordingly, the motion to stay discovery is hereby DENIED as moot.

The remaining parties shall file a joint proposed discovery plan no later than July 14, 2015.

IT IS SO ORDERED.

DATED: July 7, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge