STEPHEN H. ROGERS, ESQ.
Nevada Bar No. 5755
ROGERS, MASTRANGELO, CARVALHO & MITCHELL
300 South Fourth Street, Suite 710
Las Vegas, Nevada 89101
Phone (702) 383-3400
Fax (702) 384-1460
Email: srogers@rmcmlaw.com

JAMES W. HUNT, ESQ.
California State Bar No. 122582
(Petition for Admission to Practice Pending)
SUZANNE N. MCNULTY, ESQ.
California State Bar No. 140263
(Petition for Admission to Practice Pending)
FITZPATRICK & HUNT,
TUCKER, PAGANO, AUBERT, LLP
633 West Fifth Street, 60th Floor
Los Angeles, CA 90071
(213) 873-2100 / (213) 873-2125 Fax
Email: james.hunt@fitzhunt.com
Email: suzanne.mcnulty@fitzhunt.com

Attorneys for Defendant
B/E AEROSPACE, INC.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CHELCEE BRADY,<br><br>  Plaintiff,<br><br>vs.<br><br>SOUTHWEST AIRLINES CO., a Texas Corporation; DAVIS AIRCRAFT PRODUCTS CO., INC., a New York Domestic Business Corporation; B/E AEROSPACE, INC., a Delaware Corporation; DOES I through X; and ROE CORPORATIONS I through X,<br><br>  Defendants. | Case No.: 2:14-cv-02139-JCM-NJK |

**DEFENDANT B/E AEROSPACE'S MOTION TO WITHDRAW DOCUMENT**

Pursuant to Federal Rule of Civil Procedure 12(c), Defendant B/E Aerospace, Inc. ("B/E Aerospace") moves to withdraw Document No. 42, B/E Aerospace's Motion for Judgment on the Pleadings to Dismiss for Lack of Jurisdiction filed on July 7, 2015. Due to a word-processing error,

1  the incorrect version of the document was submitted for filing. B/E Aerospace subsequently filed
2  the correct document as Document 43.  B/E Aerospace's counsel promptly notified counsel for the
3  other parties when the error was discovered.  B/E Aerospace respectfully requests that the Court
4  grant its Motion and withdraw Document 42.
5      DATED this 8th day of July, 2015.

ROGERS, MASTRANGELO, CARVALHO & MITCHELL

/s/ Stephen H. Rogers

_____
Stephen H. Rogers, Esq.
Nevada Bar No. 5755
300 South Fourth Street, Suite 710
Las Vegas, Nevada 89101

FITZPATRICK & HUNT
TUCKER, PAGANO, AUBERT, LLP

JAMES W. HUNT, ESQ.
California State Bar No. 122582
(Petition for Admission to Practice Pending)
SUZANNE N. MCNULTY, ESQ.
California State Bar No. 140263
(Petition for Admission to Practice Pending)
633 West Fifth Street, 60th Floor
Los Angeles, CA 90071

Attorneys for Defendant
B/E Aerospace, Inc.


IT IS SO ORDERED.

_____
 United States Magistrate Judge
Dated: July 10, 2015