# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CHELCEE BRADY,<br><br>          Plaintiff(s),<br><br>vs.<br><br>SOUTHWEST AIRLINES CO., et al.,<br><br>          Defendant(s). | Case No. 2:14-cv-02139-JCM-NJK<br><br>ORDER DENYING PROPOSED DISCOVERY PLAN<br><br>(Docket No. 48) |

      Pending before the Court is the parties' proposed discovery plan. Docket No. 48. On July 8, 2015, Defendant B/E Aerospace Aircraft filed a motion to stay discovery. Docket No. 46. The proposed discovery plan is hereby DENIED and discovery in this matter is STAYED until such time as the Court resolves the pending motion to stay discovery (Docket No. 46).

      IT IS SO ORDERED.

      DATED: July 14, 2015

                                                          _____<br>
                                                          NANCY J. KOPPE<br>
                                                          United States Magistrate Judge