**Marquis Aurbach Coffing**
Terry A. Moore, Esq.
Nevada Bar No. 7831
Candice E. Renka, Esq.
Nevada Bar No. 11447
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
tmoore@maclaw.com
crenka@maclaw.com
   Attorneys for Plaintiff Chelcee Brady

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHELCEE BRADY,<br><br>                    Plaintiff,<br><br>vs.<br><br>SOUTHWEST AIRLINES CO., a Texas Corporation, DAVIS AIRCRAFT PRODUCTS CO., INC., a New York Domestic Business Corporation, B/E AEROSPACE, INC., a Delaware Corporation, DOES I through X, and ROE CORPORATIONS I through X,<br><br>                    Defendants. | Case No.:      2:14-cv-02139-JCM-PAL<br><br>Status Conference: March 22, 2016 9:30 a.m. |

## **JOINT STATUS REPORT**

Plaintiff Chelcee Brady (hereinafter "Plaintiff") by and through her counsel of record, the law firm of Marquis Aurbach Coffing, and Defendant Southwest Airlines Co. (hereinafter "Southwest") by and through its counsel of record, the law firm of Thorndal Armstrong Delk Balkenbush & Eisinger, hereby submit their Joint Status Report regarding the scope of medical discovery pursuant to the Court's February 10, 2016 Order (Docket #68).

At the February 8, 2016 scheduling conference, the Court denied the Parties' Second Amended Discovery Plan and Scheduling Order (#65) and ordered a status conference for March 22, 2016 at 9:30 a.m. The Court ordered that the Parties submit this joint status report to address any discovery disputes between the Parties. The Parties currently do not have any discovery disputes and request that the Court vacate the status check.

MAC:10723-001 2748124_1 3/16/2016 9:11 AM

Dated this 16th day of March, 2016

**MARQUIS AURBACH COFFING**

By: */s/ Candice E. Renka, Esq.*
   Terry A. Moore, Esq.
   Nevada Bar No. 7831
   Candice E. Renka, Esq.
   Nevada Bar No. 11447
   10001 Park Run Drive
   Las Vegas, Nevada  89145
   Attorneys for Plaintiff Chelcee Brady

Dated this 16th day of March, 2016

**THORNDAL ARMSTRONG DELK BALKENBUSH & EISINGER**

By: */s/ Arthur I. Willner, Esq.*
   Craig R. Delk, Esq.
   Nevada Bar No. 2295
   1100 Bridger Avenue
   Las Vegas, Nevada 89101
   Athur I. Willner, Esq.
   *(pro hac vice)*
   LEADER & BERKON, LLP
   777 South Figueroa Street, 35th Floor
   Los Angeles, CA 90017
   Attorneys for Defendant, Southwest Airlines

**IT IS ORDERED** that the status hearing on March 22, 2016, at 9:30 a.m., is **VACATED.**

Dated: March 16, 2016

_____
Peggy A. Leen
United States Magistrate Judge

**MARQUIS AURBACH COFFING**
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816