Craig R. Delk, Esq.
Nevada Bar No. 2295
THORNDAL ARMSTRONG DELK
  BALKENBUSH & EISINGER
1100 E. Bridger Avenue
Las Vegas, Nevada 89101-5315
TEL:  (702) 366-0622
FAX:  (702) 366-0327
*cdelk@thorndal.com*

Douglas W. Rennie, Esq.  *(pro hac vice)*
Kerry Bute, Esq.  *(pro hac vice)*
Brandon A. Woodard, Esq.  *(pro hac vice)*
MONTGOMERY RENNIE JONSON
36 East Seventh St., Suite 2100
Cincinnati, Ohio  45202
TEL:  (513) 241 4722
FAX:  (513) 241 8775
*DRennie@mrjlaw.com*
*KBute@mrjlaw.com*
*BWoodard@mrjlaw.com*

Arthur I. Willner, Esq. *(pro hac vice)*
LEADER & BERKON LLP
660 South Figueroa St., Ste 1150
Los Angeles, CA  90017
TEL:  (213) 234-1750
FAX:  (213) 234-1747
*awillner@leaderberkon.com*

Attorneys for Defendant,
SOUTHWEST AIRLINES CO.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHELCEE BRADY,<br>Plaintiff,<br>v.<br>SOUTHWEST AIRLINES CO., a Texas Corporation, DAVIS AIRCRAFT PRODUCTS CO., INC., a New York Domestic Business Corporation, B/E AEROSPACE, INC., a Delaware Corporation, | Case No. 2:14-cv-02139-JCM-PAL<br><br>**STIPULATION AND ORDER DISMISSING DEFENDANT'S AFFIRMATIVE DEFENSES NUMBERS THREE (COMPARATIVE NEGLIGENCE), AND FOUR (SPECULATIVE AND/OR UNCERTAIN DAMAGES) WITHOUT PREJUDICE** |

-1-

DOES I through X, and ROE CORPORATIONS I through X,

                Defendants.

## STIPULATION AND ORDER DISMISSING DEFENDANT'S AFFIRMATIVE DEFENSES NUMBERS THREE (COMPARATIVE NEGLIGENCE), AND FOUR (SPECULATIVE AND/OR UNCERTAIN DAMAGES) WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Candice E. Renka, Esq. on behalf of Plaintiff, Chelcee Brady, and Craig R. Delk, Esq. on behalf of Defendant, Southwest Airlines Co., that Defendant's following Affirmative Defenses may be dismissed, without prejudice:

> Defendant's Affirmative Defenses Numbers Three (Comparative Negligence), and Four (Speculative and/or Uncertain Damages)

| MARQUIS AURBACH COFFING | THORNDAL, ARMSTRONG, DELK, BALKENBUSH & EISINGER |
|---|---|
| *Candice E. Renka* (signature) | *Craig R. Delk* (signature) |
| Candice E. Renka, Esq. | Craig R. Delk, Esq. |
| Nevada Bar No. 11447 | Nevada Bar No. 2295 |
| 10001 Park Run Drive | 1100 East Bridger Avenue |
| Las Vegas, NV 89145 | Las Vegas, NV 89101 |
| Attorneys for Plaintiff, | Attorney for Defendant, |
| CHELCEE BRADY | SOUTHWEST AIRLINES CO. |
| DATED: 12/15/16 | DATED: 12/20/16 |

. . .

. . .

. . .

-2-

1 **ORDER**

2  IT IS SO ORDERED December 27, 2016.

3

4

5  _____
   UNITED STATES DISTRICT JUDGE

6

7  SUBMITTED BY:

8  THORNDAL, ARMSTRONG, DELK,
9  BALKENBUSH & EISINGER

10

11  _____
   CRAIG R. DELK, ESQ.
12  Nevada Bar No. 2295
   1100 East Bridger Avenue
13  Las Vegas, NV  89101
   Attorneys for Defendant,
14  SOUTHWEST AIRLINES CO.

15

16

17

18

19

20

21

22

23

24

25

26

27

28