Craig R. Delk, Esq.
Nevada Bar No. 2295
THORNDAL ARMSTRONG DELK
 BALKENBUSH & EISINGER
1100 E. Bridger Avenue
Las Vegas, Nevada 89101-5315
TEL: (702) 366-0622
FAX: (702) 366-0327
cdelk@thorndal.com

Douglas W. Rennie, Esq. *(pro hac vice)*
Kerry Bute, Esq. *(pro hac vice)*
Brandon A. Woodard, Esq. *(pro hac vice)*
MONTGOMERY RENNIE JONSON
36 East Seventh St., Suite 2100
Cincinnati, Ohio 45202
TEL: (513) 241 4722
FAX: (513) 241 8775
DRennie@mrjlaw.com
KBute@mrjlaw.com
BWoodard@mrjlaw.com

Arthur I. Willner, Esq. *(pro hac vice)*
LEADER & BERKON LLP
660 South Figueroa St., Ste 1150
Los Angeles, CA 90017
TEL: (213) 234-1750
FAX: (213) 234-1747
awillner@leaderberkon.com

Attorneys for Defendant,
SOUTHWEST AIRLINES CO.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHELCEE BRADY,<br>Plaintiff,<br>v.<br>SOUTHWEST AIRLINES CO., a Texas Corporation, DAVIS AIRCRAFT PRODUCTS CO., INC., a New York Domestic Business Corporation, B/E AEROSPACE, INC., a Delaware Corporation, | Case No. 2:14-cv-02139-JCM-PAL<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

-1-

| | |
|---|---|
| 1 | DOES I through X, and ROE CORPORATIONS I through X, |
| 2 | |
| 3 | Defendants. |

IT HEREBY STIPULATED AND AGREED by and between Candice E. Renka, Esq., on behalf of Plaintiff, CHELCEE BRADY, and Craig R. Delk, Esq. on behalf of Defendant, SOUTHWEST AIRLINES CO., that Plaintiff's Complaint may be dismissed, with prejudice, each party to bear their own fees and costs.

| MARQUIS AURBACH COFFING | THORNDAL, ARMSTRONG, DELK, BALKENBUSH & EISINGER |
|---|---|
| */s/ Candice E. Renka* | */s/ Craig R. Delk* |
| Candice E. Renka, Esq. | Craig R. Delk, Esq. |
| Nevada Bar No. 11447 | Nevada Bar No. 2295 |
| 10001 Park Run Drive | 1100 East Bridger Avenue |
| Las Vegas, NV 89145 | Las Vegas, NV 89101 |
| Attorneys for Plaintiff, | Attorney for Defendant, |
| CHELCEE BRADY | SOUTHWEST AIRLINES CO. |
| DATED: 5/15/17 | DATED: 5/15/17 |

**ORDER**

IT IS SO ORDERED May 18, 2017.

*/s/ James C. Mahan*
United States District Court Judge

Submitted By:

THORNDAL, ARMSTRONG, DELK,
BALKENBUSH & EISINGER

*/s/ Craig R. Delk*
Craig R. Delk, Esq.
1100 East Bridger Avenue
Las Vegas, NV 89101
Attorneys for SOUTHWEST AIRLINES CO.

-2-